**Order entered October 29, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01292-CR

## EX PARTE CARLOS CALDERON

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. WX18-90064-L**

## ORDER

The Court is in receipt of appellant's notice of appeal from the trial court's order denying relief sought by his application for writ of habeas corpus. This is an accelerated appeal and is governed by Texas Rule of Appellate Procedure 31.

We **ORDER** the trial court to prepare a certification of appellant's right to appeal and to file it with the clerk's record. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).

We **ORDER** the Dallas County District Clerk to file the clerk's record by **November 13, 2018**. We **ORDER** that the clerk's record contain copies of the application for writ of habeas corpus; the State's response, if any; the trial court's order adjudicating the writ application; any findings of fact or conclusions of law; any other documents, motions, or orders filed in connection with the writ application; any documents requested by the parties for inclusion in the clerk's record; and the trial court's certification of appellant's right to appeal.

We **ORDER** the court reporter to file, by **November 13, 2018**, either the reporter's record of the hearing on the writ application or else written verification that no hearing was conducted.

After the record has been filed, the Court will notify the parties of any briefing deadlines, the submission date, and the panel.

We **DIRECT** the Clerk to send copies of this order to the Honorable Carter Thompson, Presiding Judge, Criminal District Court No. 5; Victoria Franklin, official court reporter, Criminal District Court No. 5; Felicia Pitre, Dallas County District Clerk; and counsel for all parties.

/s/    CRAIG STODDART
        JUSTICE